# SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]
AUSA [ ]
DEF [✓]

**Sentencing Date:** 3/21/22 @ 10 am

Defendant's Name: ELIAZAR PATINO  Docket No.: 21-CR-637-GPC

Attorney's Name: KEITH H. RUTMAN  Phone No.: 619-237-9072

Guideline Manual Used: November 1, 2018   Agree with USPO Calc.: No

Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1(a)(5) & (c)(2) — 33
257 kilograms cocaine

Specific Offense Characteristics: USSG §
USSG §§ 2D1.1(b)(17) and 5C1.2 "Safety Valve" — -2

Victim Related Adjustment: 0

Adjustment for Role in the Offense: 0

Adjustment for Obstruction of Justice: 0

Adjustment for Reckless Endangerment During Flight: 0

Adjusted Offense Level: 31
([ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b)] — -3

Total Offense Level: 28

Criminal History Score: 0

Criminal History Category: I
([ ] Career Offender [ ] Armed Career Criminal)

Guideline Range:  from 78 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)  to 97 mths

Departures:
USSG § 5K3.1 - expeditious resolution — -2

Resulting Guideline Range: Adjusted Offense Level 26   from 63 mths
**RECOMMENDATIONS:** Western Region   to 78 mths
Not more than 60 months custody per 18 U.S.C. § 3553(a), followed by 5 years of supervised release. No fine and a $100 Penalty Assessment.